TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM                                    JS-6
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ELLINOR CODER, CSBN 258258
Special Assistant United States Attorney
     Social Security Administration
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone:  (510) 970-4814
     Facsimile:  (415) 744-0134
     Email:  Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ELIA OSORNO,<br><br>     Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI,[1]<br>Commissioner of Social Security,<br><br>     Defendant. | No. 8:20-cv-02324-JC<br><br>**JUDGMENT OF REMAND** |

     The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

---

[1]   Kilolo Kijakazi, the Acting Commissioner of Social Security, is substituted in as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated:    September 15, 2021

_____
/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE