Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com
Attorney Bar #217035
Attorneys for Elia Osorno

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA OSORNO, | Case No. 8:20-CV-02324-JC |
| Plaintiff, | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |
| v. | |
| KILOLO KIJAKAZIIN[1], Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of TWO THOUSAND TWO HUNDRED SEVENTY-FIVE DOLLARS and NINETY-THREE CENTS ($2,275.93), and costs under 28 U.S.C.

//

---

[1] Kilolo Kijakazi, the Acting Commissioner of Social Security, is substituted in as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1

§ 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated:   September 22, 2021

_____/s/_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE
